UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

        vs.

JOHNATHAN DEMETRIUS GREEN,
JARELL DAIVON WILLIAMS,
DINSIMORE GUYTON ROBINSON,
KENDALL ORMOND LONDON, Jr., and
BRIAN KEITH COLDMON, Jr.,

    Defendants.
_____/

## NOTICE OF RELATED CASE

The United States of America, by and through Mark A. Totten, United States Attorney, and Davin M. Reust, Assistant United States Attorney, submits that, pursuant to Western District of Michigan Local Criminal Rule 56.4(b)(iii)(A), the above case is related to United States v. Samuel Ogoshi, et al., Court No. 2:22-CR-0025, assigned to Judge Robert J. Jonker, for the reason that these cases are based upon a substantial common nucleus of facts, events, or transactions. Specifically, the Defendants identified in this Indictment laundered funds obtained from the victims of the offense charged in Case 2:22-CR-0025.

                                                MARK A. TOTTEN
                                                United States Attorney

Dated: July 16, 2024                        _____
                                                DAVIN M. REUST
                                                Assistant United States Attorney

ORDER

The Court finds that the above case is ☐ related.

_____
Magistrate Judge Ray Kent