UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        Case No. 2:24−cr−00017−RJJ

  v.                                   Hon. Robert J. Jonker

JOHNATHAN DEMETRIUS GREEN,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:             March 31, 2025   10:45 AM
Judge:                  Robert J. Jonker
Place/Location:       699 Federal Building, Grand Rapids, MI


                                            ROBERT J. JONKER
                                            United States District Judge

Dated:  March 21, 2025       By:   /s/ Stephanie Carpenter
                                           Case Manager